UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBIN BLAKE COMBS, SR.,

    Plaintiff,

  v.

JOSEPH D. LEHMAN, *et al.*,

    Defendants,

Case No.  C08-5063 RJB/KLS

ORDER DENYING
PLAINTIFF'S EX PARTE
MOTION AS PREMATURE

    This is a civil rights action brought under 42 U.S.C. § 1983.  Plaintiff has been granted leave to proceed *in forma pauperis*.  (Dkt. # 4).  Before the Court is Plaintiff's *ex parte* motion to disclose all of Defendants' home addresses to the United States Marshal service for purposes of service.  (Dkt. # 2). Since the filing of his motion, Plaintiff has completed and submitted service forms.  (Dkt. # 6).

    Plaintiff's motion (Dkt. # 2) is denied as premature without prejudice.  The Court will direct the United States Marshal to complete service upon the Defendants for whom Plaintiff has submitted service forms and will send a courtesy copy of Plaintiff's complaint to the Washington State Attorney General's Office.  After one or more of the Defendants have entered their appearance in this action, Plaintiff may re-file his motion to obtain service address for those Defendants for whom service is not effected.  Plaintiff should direct his request for assistance to counsel for the served Defendants.  Plaintiff is advised that his

ORDER
Page - 1

motion should be properly filed, served upon those parties or counsel who have entered appearances and the Court, and noted on the Court's calendar.

Accordingly, it is **ORDERED:**

(1) Plaintiff's ex parte motion for disclosure (Dkt. # 2) is **DENIED as premature without prejudice at this time**;

(2) The Clerk shall send copies of this Order to Plaintiff.

DATED this  26th  day of February, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2