UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBIN BLAKE COMBS, SR., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH D. LEHMAN, *et al.*, <br><br> Defendants. | Case No. C08-5063 RJB/KLS <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS |

Before the court is Plaintiff's motion to an extension of time to respond to Defendants' motion to dismiss. (Dkt. # 62). Defendants' motion to dismiss is presently noted for consideration on June 20, 2008. (Dkt. # 60). Plaintiff requests that the motion be extended until August 22, 2007, stating that he has limited access to the law library, the library has limited resources, and the facility in which he is housed was on lockdown from June 2, 2007 until June 12, 2007, further limiting his ability to complete his response. (Dkt. # 62, pp. 1-2).

Having reviewed the parties' submissions and balance of the record, the court finds that Plaintiff should be granted an extension.

Accordingly, plaintiff's motion (Dkt. # 62) is **GRANTED**; Plaintiff may file his response to

ORDER - 1

1 the motion to dismiss (Dkt. # 60) on or before **August 18, 2008**[1]. Defendants' reply shall be due on

2 or before **August 22, 2008**; and the Court Clerk shall re-note the motion to dismiss for the court's

3 consideration for **August 22, 2008**.

4 The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

6 DATED this 24th day of June, 2008.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

---

[1] Plaintiff should note that his response is due on the Monday prior to the noting date of the motion in accordance with the rules for setting dispositive motions for consideration on the court's calendar. All briefs and affidavits in opposition to any motion shall be filed and served not later than 4:30 p.m. on the Monday immediately preceding the Friday appointed for consideration of the motion. If a party fails to file and serve timely opposition to a motion, the court may deem any opposition to be without merit. The party making the motion may file a reply to the opposing party's briefs and affidavits, which also shall be filed and served pursuant to the requirements of Fed. R. Civ. P. 7 and Local Rule CR 7.

ORDER - 2