UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBIN BLAKE COMBS, SR.,

    Plaintiff,

v.

JOSEPH D. LEHMAN, *et al.*,

    Defendants.

Case No. C08-5063 RJB/KLS

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE AND RENOTING DEFENDANTS' MOTION TO DISMISS

The Court, having reviewed Plaintiff's motions for extension of time (Dkts. # 76 and 77) to respond to the Court's Order to Amend or Show Cause (Dkt. # 71), Defendants' Response (Dkt. # 78), and the balance of the record, does hereby ORDER:

(1) Plaintiff's motions (Dkts. # 76 and 77) are **GRANTED**. Plaintiff shall file his response to the Order to Show Cause **on or before January 2, 2009,** or the Court will enter a report and recommendation that the complaint be dismissed;

(2) **The Clerk of the Court shall immediately send Plaintiff a 1983 civil rights complaint for prisoner**;

(3) Defendants' motion to dismiss (Dkt. # 60) shall be re-noted for **January 30, 2009**; and

ORDER
Page - 1

(4) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this 12th day of December, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2