1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10

ROBIN BLAKE COMBS, SR.,

11
                        Plaintiff,

12       v.

13   JOSEPH D. LEHMAN, *et al.*,

14                       Defendants.

Case No. C08-5063 RJB/KLS

ORDER DIRECTING PLAINTIFF TO
SUBMIT SERVICE FORMS FOR
SERVICE OF PLAINTIFF'S AMENDED
COMPLAINT

15

16       The Court has reviewed Plaintiff's proposed Amended Complaint[1]. Dkt. # 81.  Plaintiff is ordered

17   to fill out and return the necessary service form so that the Court may direct the United States Marshal to

18   serve the Amended Complaint upon the named Defendants for whom service has not yet been perfected

19   or, who have been served but have not yet entered an appearance.

20       The Court's review of the docket reveals that Defendants Janet Black, Judy Cherlotti, Sue

21   Greiling, Eldon Leinweber, and Anita Travis were never served with the original Complaint.  In addition,

22   Defendants Patrick Farwell, Darryl Denison and Sue McMinn were served with the original Complaint,

23   but are not represented by the Attorney General's Office and have not yet entered an appearance in this

24
25
26

27       [1]The following named Defendants appear in Plaintiff's Amended Complaint: Muhammad Aijaz
     Khurshid, Douglas Waddington, Clint May, Patrick Farwell, Kevin Shanahan, Dave Thompson, Luciano L.
28   Figueroa, Darryl Denison, Eldon Leinweber, Dean A. Mason, Catherine Knox, Sue McMinn, Janet Black,
     Judy Chelotti, Sue Greiling, Matthew Gambone, Marc F. Stern, and Anita Travis.  Dkt. # 81, pp. 2-5.

ORDER
Page - 1

1    matter.[2]

2       Accordingly, it is **ORDERED:**

3       (1)     The Clerk of the Court is directed to send the appropriate service forms to Plaintiff;

4       (2)     Plaintiff is directed to provide service copies and fill out the forms with complete

5              addresses for each named Defendant not previously served or who have not yet entered an

6              appearance and return the form so that the U.S. Marshal may attempt service by mail.

7              These documents must be returned on or before **January 23, 2009,** or the Court will

8              recommend dismissal of this action for failure to prosecute.

9

10       DATED this <u>31st</u> day of December, 2008.

11

12

13

Karen L. Strombom
United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28       [2]It is not necessary to re-serve those Defendants now named in Plaintiff's Amended Complaint that were previously served with his original Complaint and for whom the Attorney General has entered an appearance. The Attorney General will be provided with a courtesy copy of the Amended Complaint.

ORDER
Page - 2