UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBIN BLAKE COMBS, SR.,

          Plaintiff,

v.

JOSEPH D. LEHMAN, *et al.*,

          Defendants.

Case No. C08-5063 RJB/KLS

ORDER DIRECTING
SUBMISSION OF IDENTICAL
COPIES FOR SERVICE

On December 12, 2008, Plaintiff's Amended Complaint (Dkt. # 81) was filed. On December 31, 2008, the Court ordered Plaintiff to submit service forms for service of Plaintiff's Amended Complaint. Dkt. # 82. On January 6, 2009, Plaintiff filed two copies of an "Amended Civil Rights Complaint," dated December 31, 2008. Dkt. # 83. The filings of January 6, 2009 are similar, but not identical to the Amended Complaint filed at Dkt. # 81.

Plaintiff has been ordered to submit service copies of the Amended Complaint (Dkt. # 81) and to fill out and return the necessary service forms so that the Court may direct the United States Marshal to serve the Amended Complaint upon the named Defendants for whom service has not yet been perfected or, who have been served but have not yet entered an appearance. Dkt. # 82. The service copies of the Amended Complaint (Dkt. # 81) must be identical. To facilitate this process, the Court is returning a copy of Dkt. # 81 to Plaintiff so that he may make the appropriate number of photocopies for service.

ORDER
Page - 1

Accordingly, it is **ORDERED:**

(1) The Clerk shall **strike** the Amended Complaint filed at Dkt. # 83.

(2) The Clerk shall provide Plaintiff with a complete copy of Dkt. # 81.

(3) Plaintiff shall provide service copies and fill out the service forms previously mailed to him by the Clerk with complete addresses for each named Defendant not previously served or who have not yet entered an appearance and return the form so that the U.S. Marshal may attempt service by mail. These documents must be returned on or before **February 13, 2009**, or the Court will recommend dismissal of this action for failure to prosecute.

(4) Defendants' motion to dismiss (Dkt. # 60) shall be **stayed** pending service of the Amended Complaint.

(5) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this 16th day of January, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2