UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBIN BLAKE COMBS, SR., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH D. LEHMAN, *et al.*, <br><br> Defendants. | Case No. C08-5063 RJB/KLS <br><br> ORDER DENYING STAY OF MOTIONS, NOTICES AND RULINGS AS MOOT |

Before the Court is Plaintiff Robin Blake Combs, Sr.'s motion requesting a stay of all motions, notices and rulings pending his transfer from the Prairie Ridge Correctional Facility in Appleton, Minnesota to a facility in the State of Washington. Dkt. # 95. Mr. Combs filed a change of address with the Court on March 13, 2009., reflecting thatt he is now being held temporarily at the Coyote Ridge Corrections Center in Washington State. Dkt. # 99.

Accordingly, Mr. Combs' motion for a stay of all motions, notices and rulings (Dkt. # 95) is **DENIED as moot**.

DATED this  1st  day of April, 2009.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1