UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBIN BLAKE COMBS, SR., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH D. LEHMAN, *et al.*, <br><br> Defendants. | Case No. C08-5063 RJB/KLS <br><br> ORDER DENYING PLAINTIFF'S SUPPLEMENTAL MOTION TO DISCLOSE DEFENDANTS' HOME ADDRESSES (DKT. 106) |

Before the Court is Plaintiff Robin Blake Combs' Supplemental Motion to Disclose the Home Addresses of Defendants Patrick Farwell and Darryl Dennison. Dkt. # 106. The Court previously ordered Defendants to disclose the home addresses of several Defendants under seal. Dkt. 91. At the time of the Court's Order, Defendants Farwell and Dennison had been served with the original complaint and signed waivers, but the Attorney General advised the Court that they did not yet represent these Defendants. Dkt. 89, p. 1, n. 1. Thus, the Court ordered Plaintiff to mail copies of his Amended Complaint to these individuals by regular mail and indicate that he had done so by filing a certificate of mailing with the Court. Dkt. 91, p. 4.

Plaintiff attempted to mail his Amended Complaint to Defendants Farwell and Dennison, but the envelopes were returned to him on March 31, 2009; Defendant Farwell's envelope was unopened; Defendant Dennison's opened and stapled shut; marked "Return to Sender;" and Mr. Dennison's with the additional indication,"Does not work for the DOC anymore." Dkt. 106, p. 2. Plaintiff requests that the

ORDER
Page - 1

1  home addresses of Defendants Farwell and Dennison be submitted to the United States Marshall so that
2  service of the Amended Complaint may be completed. *Id*.

3  Defendants respond that Plaintiff's request is moot because Mr. Farwell is now represented by the
4  Attorney General's Office and Mr. Dennison's representation is pending. Dkt. 111, p. 1.

5  Based upon defense counsel's representations, the Court finds that Plaintiff's motion is moot and
6  will be denied on that basis.

7  Accordingly, it is **ORDERED**:

8  (1) Plaintiff's supplemental motion for disclosure of home addresses (Dkt. 106) is **DENIED**
9  **as moot**.

10 (2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

12 DATED this 12th day of May, 2009.

Karen L. Strombom
United States Magistrate Judge