UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBIN BLAKE COMBS,

    Plaintiff,

v.

JOSEPH D. LEHMAN,

    Defendants.

No. C08-5063 RJB/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 118) and on Plaintiff's objections thereto (Dkt. 121), and the remaining record, does hereby find and ORDER:

The Court agrees with the analysis of Plaintiff's Motion for Preliminary Injunction as contained in the Report and Recommendation, and finds that plaintiff's objections thereto are without merit. Accordingly, it is now ORDERED:

(1) The Report and Recommendation (Dkt. 118) is adopted and approved;

(2) Plaintiff's Motion for Preliminary Injunction (Dkt. 105) is **DENIED**; and

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 28th day of July, 2009.

                        ROBERT J. BRYAN
                        United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1