# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROBIN BLAKE COMBS, SR.,<br><br>                Plaintiff,<br><br>  v.<br><br>JOSEPH D. LEHMAN, et al.,<br><br>                Defendants. | No. C08-5063 RJB/KLS<br><br>ORDER DENYING SECOND SUPPLEMENTAL MOTION FOR DISCLOSURE OF DEFENDANTS' ADDRESSES AND FOR ORDER DIRECTING SERVICE |

This matter is before the Court on Plaintiff's Second Supplemental Motion for Disclosure of Defendants' Addresses and for an Order Directing Service. Dkt. 132. Having reviewed the motion, Defendants' response (Dkt. 133) and balance of the record, the court finds and orders as follows:

By Order dated February 24, 2009, the court ordered defendants to provide, under seal, addresses for several of the named defendants, including Eldon Leinweber and Janet Black. Dkt. 91. The Defendants provided addresses for Mr. Leinweber and Ms. Black on March 13, 2009 and March 17, 2009. Dkt. Nos. 96 and 100. Defendants provided the last known home addresses for these individuals and confirmed that they are no longer employed by or contractors with the Department of Corrections. *Id*. On April 3, 2009, the summonses mailed by the U.S.

ORDER DENYING SUPPLEMENTAL MOTION FOR DISCLOSURE - 1

Marshal's Office to Mr. Leinweber and Ms. Black were returned unexecuted. Dkts. 107 and 108.

As Defendants have complied with the Court's order, Plaintiff's motion is moot.

Accordingly, it is **ORDERED**:

(1) Plaintiff's second supplemental motion for disclosure and service (Dkt. 132) is **DENIED**.

(2) The Clerk of the Court is directed to copies of this order to Plaintiff and counsel for Defendants.

**DATED** this <u>10th</u> day of December, 2009.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER DENYING SUPPLEMENTAL MOTION FOR DISCLOSURE - 2