**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| ROBIN BLAKE COMBS, SR., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH D. LEHMAN, et al. <br><br> Defendants. | NO. C08-5063 RJB/KLS <br><br> ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

On March 18, 2010, Defendants filed a motion to amend their Answer to Plaintiff's Amended Complaint (Dkt. 141) and a Motion for Summary Judgment (Dkt. 142). The motion for summary judgment is noted for consideration on April 16, 2010. Dkt. 142. Plaintiff filed a Motion and Declaration for an Enlargement of Time, requesting an additional ninety days to respond to the Defendants' Motion for Summary Judgment. Dkt. 143.

Upon review of Plaintiff's motion and balance of the record, the court finds that a reasonable extension of forty-five days is warranted.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for an extension (Dkt. 143) is **GRANTED**; Plaintiff shall be granted an additional forty-five days, until **May 31, 2010** to file his response to Defendants' motion for summary judgment.

ORDER - 1

1  (2) The Clerk shall **re-note** Defendants' motion for summary judgment (Dkt. 142)
2  for **June 4, 2010**, and send copies of this Order to Plaintiff and counsel for Defendants.

   DATED this  14th  day of April, 2010.

   *[signature]*
   Karen L. Strombom
   United States Magistrate Judge