|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

ROBIN BLAKE COMBS, SR.,

            Plaintiff,

  v.

JOSEPH D. LEHMAN, et al.

            Defendants.

NO. C08-5063 RJB/KLS

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On March 18, 2010, Defendants filed a motion to amend their Answer to Plaintiff's Amended Complaint (Dkt. 141) and a Motion for Summary Judgment (Dkt. 142). The motion for summary judgment is noted for consideration on April 16, 2010. Dkt. 142. Plaintiff filed a Motion and Declaration for an Enlargement of Time, requesting an additional ninety days to respond to the Defendants' Motion for Summary Judgment. Dkt. 143. The court granted the motion and established a response date of May 31, 2010. Dkt. 144. Plaintiff now seeks another sixty day extension. Dkt. 146. Defendants do not object to an extension because counsel will be out of the office for two weeks beginning May 27, 2010, however, they request that a shorter extension than that requested by Plaintiff be granted. Dkt. 147.

    It is **ORDERED:**

    (1)    Plaintiff's motion for an extension (Dkt. 146) is **GRANTED**; Plaintiff shall file his response **on or before July 26, 2010.**

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

(2) The Clerk shall **re-note** Defendants' motion for summary judgment (Dkt. 142) for **July 30, 2010**, and send copies of this Order to Plaintiff and counsel for Defendants.

DATED this   10th   day of June, 2010.

Karen L. Strombom
United States Magistrate Judge