|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| ROBIN BLAKE COMBS, SR.,<br><br>   Plaintiff,<br><br>   v.<br><br>JOSEPH D. LEHMAN, CATHERINE KNOX, DOUGLAS WADDINGTON, PATRICK FARWELL, LUCIANO L. FIGUEROA, MARC F. STERN, DEAN A. MASON, CLINT MAY, ANITA TRAVIS, MUHAMMAD AIJAZ KHURSHID, DAVE THOMPSON, DARRYL DENISON, MATTHEW GAMBONE, SUE McMINN, JUDY CHELOTTI, KEVIN SHANAHAM, ELDON LEINWEBER, JON DOE, JANET BLACK, and SUE GREILING,<br><br>   Defendants. | NO. C08-5063 RJB/KLS<br><br>ORDER REGARDING MOTIONS TO FILE OVERLENGTH BRIEFS AND RENOTING SUMMARY JUDGMENT |

Before the court is Plaintiff's motion to file overlength brief in response to Defendants' motion for summary judgment (Dkt. 149) and Defendants' motion for an extension of time to file a reply to Plaintiff's response (Dkt. 150). Having reviewed the motions and balance of the record, the court **ORDERS:**

(1) Plaintiff's motion for leave to file an over-length brief in opposition to Defendants' motion for summary judgment (Dkt. 149) is **GRANTED.**

ORDER                                                                                      1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

(2) Defendants' motion for extension of time is **GRANTED;** Defendants' motion for summary judgment (Dkt. 142) is **re-noted for August 6, 2010.**

(3) The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  2nd  day of August, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER                                                                                                                      2