1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9  ROBIN BLAKE COMBS, SR.,

10                              Plaintiff,           No. C08-5063 RJB/KLS

11       v.

12  JOSEPH D. LEHMAN, CATHERINE
    KNOX, DOUGLAS WADDINGTON,
13  PATRICK FARWELL, LUCIANO L.
    FIGUEROA, MARC F. STERN, DEAN
14  A. MASON, CLINT MAY, ANITA
    TRAVIS, MUHAMMAD AIJAZ
15  KHURSHID, DAVE THOMPSON,
    DARRYL DENISON, MATTHEW
16  GAMBONE, SUE MCMINN, JUDY
    CHELOTTI, KEVEN SHANAHAN,
17  ELDON LEINWEBER, JOHN DOE,
18  JANET BLACK, and SUE GREILING

**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DISMISSING CASE**

19                              Defendants.

20   The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen

21 L. Strombom (Dkt. 157), objections to the Report and Recommendation (Dkt. 161), defendants'

22 response to the objections (Dkt. 162), plaintiff's reply (Dkt. 163), and the remaining record, does

23 hereby find and **ORDER**:

24
25   (1) In his objections, plaintiff contends that he exhausted his administrative remedies,
        and that defendants were deliberately indifferent to his serious medical needs, in
26      violation of the Eighth Amendment. Dkt. 161. In his reply, plaintiff contends that the

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

    treatment provided him did not alleviate his pain, and, on more than one occasion, medical providers did not even see him. Dkt. 163.

(2) The court concurs with the conclusion of the magistrate judge that plaintiff did not properly exhaust his administrative remedies as to all of his claims. Plaintiff did not exhaust his administrative remedies with regard to his claim that the mattress on which he is/was sleeping is too hard, and he did not exhaust his administrative remedies with regard to most of his claims about the adequacy of his medical care.

(3) Even if plaintiff had exhausted his administrative remedies as to all of the claims he made about the adequacy of his medical care, defendants have met their burden to establish that there are no genuine issues of material fact precluding summary judgment. Plaintiff has demonstrated that he has a chronic pain problem related to his neck, shoulders and upper back. He has been provided ongoing treatment for his pain by several prison medical providers. Plaintiff disagrees with some of the treatment decisions made by prison medical staff. Such disagreement does not constitute deliberate indifference to his serious medical needs. Moreover, because plaintiff has not shown that his constitutional rights have been violated, defendants are entitled to qualified immunity.

(4) Accordingly, the Court **ADOPTS** the Report and Recommendation. Defendants' motion for summary judgment (Dkt. 142) is **GRANTED**. Plaintiff's claim that defendants have provided him with a mattress that is too hard is **DISMISSED WITHOUT PREJUDICE**. The remaining claims are **DISMISSED WITH PREJUDICE**.

(5) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

    **DATED** this 23rd day of December, 2010.

_Robert J. Bryan_
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2