# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBIN BLAKE COMBS SR

JUDGMENT IN A CIVIL CASE

v.

JOSEPH D. LEHMAN, *et al.,*

CASE NUMBER: C08-5063RJB/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **ADOPTS** the Report and Recommendation. Defendants' motion for summary judgment (Dkt. 142) is **GRANTED**. Plaintiff's claim that defendants have provided him with a mattress that is too hard is **DISMISSED WITHOUT PREJUDICE**. The remaining claims are **DISMISSED WITH PREJUDICE.**

| December 28, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |